| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | Acting United States Attorney |
| 2 | JOSEPH D. BARTON |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00244-DAD-BAM |
| Plaintiff, | STIPULATION TO SET CASE FOR CHANGE OF PLEA; ORDER |
| v. | |
| DEBORAH ROSSONI, | DATE: November 8, 2021 |
| | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

The defendant, Deborah Rossoni, has agreed to proceed in this case by Information and waive her right to Indictment. The parties have filed an Information, Waiver of Indictment, and Plea Agreement with the Court. Accordingly, it is stipulated between the Parties that the case can be set for a Change of Plea hearing before the Honorable Dale A. Drozd on November 8, 2021, at 9:00 a.m. The Parties have confirmed this date with the Court. There is no Status Conference that needs to be vacated.

///

///

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated:  October 14, 2021

*/s/ Christina Corcoran*
CHRISTINA CORCORAN
Counsel for Defendant Deborah Rossoni

Dated:  October 14, 2021

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00244-DAD-BAM |
| Plaintiff, | ORDER |
| v. | |
| DEBORAH ROSSONI, | |
| Defendant. | |

**ORDER**

Upon the Parties' stipulation and for good cause shown, this case is set for a Change of Plea hearing on November 8, 2021, at 9:00 a.m., before the Honorable Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **October 14, 2021**         _____
                                      UNITED STATES DISTRICT JUDGE