HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DEBORAH ROSSONI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00244-DAD-BAM |
|---|---|
| Plaintiff, | DEFENDANT DEBORAH ROSSONI'S **UNOPPOSED** MOTION FOR EARLY TERMINATION OF PROBATION;  ORDER |
| vs. | |
| DEBORAH ROSSONI, | |
| Defendant. | |

Defendant Deborah Rossoni, through undersigned counsel, hereby moves for the early termination of her probation pursuant to 18 U.S.C. § 3564(c).  This motion is unopposed by the United States and Probation.[1]

**LEGAL STANDARD**

Title 18, United States Code, Section 3564(c) authorizes this Court to terminate the defendant's probation any time after the expiration of one year if the court is satisfied that such action is warranted by the conduct of the defendant and in the interests of justice.   That provision states:

> The court, after considering the factors set forth in section 3553(a) to the extent that they are applicable, may, pursuant to provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of probation prevously

---

[1] Undersigned counsel confirmed the unopposed nature of the motion with the assigned prosecutor, Assistant United States Attorney Joseph Barton, and with Mrs. Rossoni's Probation Officer, Marissa Frazure.

> ordered and discharge the defendant at any time in the case of a misdemeanor or an infraction or at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

## PROCEDURAL HISTORY

On October 8, 2021, Deborah Rossoni waived indictment, entered into a plea agreement with the government, and admitted to a violation of 18. U.S.C. § 641, theft of government property.  ECF Dkt. # 2, 3.  The allegations involved Mrs. Rossoni's use of social security benefits that were improperly paid into a joint account with her father after he passed away.  ECF Dkt. # 1.  On November 8, 2021, she pled guilty, by Information, to this charge.  ECF Dkt. # 8.

On February 14, 2022, Judge Drozd sentenced Ms. Rossoni to 60 months of probation and ordered her to pay restitution of $87,000.  ECF Dkt. # 13, 14.  As of August of 2023, Mrs. Rossoni has paid her restitution obligation in full.  ECF Dkt. # 17, 18.

## FACTUAL BASIS SUPPORTING MOTION

Mrs. Rossoni was cooperative with the government and promptly accepted responsibility in this case.  She has no other criminal history and otherwise lived a law-abiding life marked by generosity and kindness towards others.  *See* ECF Dkt. # 11 (sentencing memorandum).  As such, she was considered a low risk of recidivism.  She performed well on supervision for the last year and eight months, with no violations or issues of any sort.  Indeed, she and her husband worked hard and expeditiously paid off $87,000 in restitution.

For all these reasons, neither Probation nor the government have any opposition to the early termination of Mrs. Rossoni's probation.  Accordingly, the record supports the conclusion that the early termination of probation is warranted based on the conduct of Mrs. Rossoni and is in the interest of justice.

## CONCLUSION

Based on the foregoing, Mrs. Rossoni respectfully requests that this Court grant her unopposed motion for early termination of probation.

/ / /

/ / /

Rossoni- Motion for Early Termination of Probation

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 20, 2023

*/s/ Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
DEBORAH ROSSONI

**ORDER**

Pursuant to 18 U.S.C. § 3564(c), the Court hereby terminates Defendant Deborah Rossoni's term of probation.

IT IS SO ORDERED.

Dated:   October 24, 2023

_____
UNITED STATES DISTRICT JUDGE